UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| SUSAN WOODS, ) | CASE NO.: 5:23 CV 1350 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE POLSTER |
| v. ) | |
| ) | |
| CHILDREN'S HOSPITAL ) | |
| MEDICAL CENTER OF AKRON, ) | **NOTICE OF APPEARANCE** |
| ) | |
| Defendant ) | |

    Now comes Susan Woods, through counsel, who notifies this Court that Warner Mendenhall and Brian Unger appear on her behalf.

        Respectfully submitted,

*/s/ Warner Mendenhall*
Warner Mendenhall, 0070165
Brian Unger, 0096884
Mendenhall Law Group
190 N. Union St., Ste. 201
Akron, OH  44304
(330) 535-9160; fax (330) 762-9743
warner@warnermendenhall.com
brian@warnermendenhall.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed and served on all parties, using the Court's CM/ECF system, this 25th day of October 2023.

                                               */s/ Warner Mendenhall*
                                               Warner Mendenhall, 0070165